DAMON GAGNON

JAN- 7 '26 AM 9:39

Chapter 13   Case number 1:26-BK-10002

Emergancy motion to stay

I am filing for emergancy to stay because I filed for bankruptcy for the third time within a year. I was just made aware that I need to do this. The first time we cancelled the bankruptcy at my lawyers suggetion and the second time because more debt came in and was coming so we needed time to get everything together.

*[signature]*

1/7/2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

IN RE: (Case Name)
Debtors **Damon Gagnon**

Case No. **26-10002**
Chapter **13**

## CERTIFICATION

I hereby certify that on the **7th** day of **Jan.**, 20**26**, the following interested parties received a copy of the following documents: **Emergency motion to stay**

relating to the above referenced case and were served on the following parties via regular mail at:

People's Credit Union,
858 W. Main Rd
Middletown, RI 02842

Harmon Law Offices P.C.
150 California St.
Newton, MA 02458

UST and Chapter 13 Trustee via ECF

(Signature)

1/7/2026
(Date)