**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In Re: Damon Frank Gagnon | BK No. 1:26−bk−10002 |
| Debtor(s) | Chapter 13 |

### NOTICE OF COURT HEARING

Please be advised that a hearing will be held on 1/14/26 at 02:00 PM at: U.S. Bankruptcy Court, 380 Westminster Street, Providence, RI 02903 to consider and act upon the following:

RE: [7] Motion for Emergency Determination re Motion to Stay filed by Debtor Damon Frank Gagnon

Please consult local rule 5072−1 for appropriate courtroom decorum for all hearings.

If a party wishes to use courtroom technology to present evidence, please contact the courtroom deputy at (401) 626−3136 in advance of the hearing to arrange for training.

Jonathan E. Pincince
Clerk of Court

Date: **1/8/26**

Entered on Docket: **1/8/26**
Document Number: **8 − 7**

500.jsp

---