UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | |
|---|---|
| IN RE:<br><br>Damon Frank Gagnon,<br>Debtor | Case No. 26-10002-JAD<br>Chapter 13 |

## **RESPONSE TO EMERGENCY MOTION TO EXTEND STAY**

The People's Credit Union hereby objects to the Damon Frank Gagnon's ("Debtor") Emergency Motion to Stay. The People's Credit Union ("Creditor") states as follows:

### **FACTS**

1. Creditor is the record holder of a first position mortgage on the property located at 431 Chestnut St, Bristol, RI 02809 (the "Property") by virtue of a mortgage given by Debtor dated August 18, 2018 and recorded on August 20, 2018 in the Land Evidence Records of the Town of Bristol in Book 1952 at Page 136 (the "Mortgage").

2. The Mortgage secures a promissory note executed by Debtor in favor of Creditor dated August 18, 2018 in the amount of $480,000.00 (the "Note"). A copy of the Mortgage and Note are attached as Exhibit A.

3. Creditor scheduled a foreclosure sale on December 9, 2024 as a result of Debtor's default under the Note and Mortgage.

4. On December 6, 2024, Debtor filed a petition for relief under Chapter 13 of Title 11 Case No. 24-10868 and the December 9, 2024 foreclosure sale was cancelled. The case was dismissed on April 21, 2025 for failure to file an amended plan as ordered by the Court.

5. Creditor scheduled a foreclosure sale on August 25, 2025 as a result of Debtor's default under the Note and Mortgage.

6. On August 22, 2025, Debtor filed a petition for relief under Chapter 13 of Title 11 Case No. 25-10668 and the August 25, 2025 foreclosure sale was cancelled. The case was dismissed on October 3, 2025 for failure to file missing documents as ordered by the Court.

7. Creditor scheduled a foreclosure sale on January 6, 2026 as a result of Debtor's default under the Note and Mortgage.

8. On January 2, 2026, Debtor filed a petition for relief under Chapter 13 of Title 11 in the present case.

9. The foreclosure sale was held on January 6, 2026 and the Property was sold to a third party.



10. On January 7, 2026, Debtor filed the subject Emergency Motion to Stay Doc No. 7 (the "Motion").

## DISCUSSION

As correctly asserted in the Motion filed by Debtor, this is the third bankruptcy filing within a year. Pursuant to 11 U.S.C § 362(c)(4)(A)(i), "if a single or joint case is filed by or against a debtor who is an individual under this title, and if 2 or more single or joint cases of the debtor were pending within the previous year but were dismissed, other than a case refiled under a chapter other than chapter 7 after dismissal under section 707(b), the stay under subsection (a) shall not go into effect upon the filing of the later case". Accordingly, despite the petition filed on January 2, 2026 there was no automatic stay under 11 U.S.C § 362(a) and Creditor was within its rights to proceed with foreclosure of the Property on January 6, 2026.

The standard for an extension of the automatic stay in this circumstance requires Debtor to overcome a presumption of abuse with clear and convincing evidence. *See* 11 U.S.C § 362(c)(4)(D). The Motion is a single paragraph that does not address any of the elements necessary to overcome this presumption. The Motion is not supported by an affidavit and there are no schedules or proposed plan filed. Nevertheless, this is irrelevant. Rhode Island follows the "gavel rule" such that a foreclosure is deemed complete at the conclusion of the auction and that a debtor's right of redemption terminates at that time. *See In re Medaglia*, 402 B.R. 530 (Bankr. D.R.I 2009). The Motion, as it relates to Creditor, is moot. Debtor's right to cure his default on the Property under the Bankruptcy Code terminated at the sale on January 6, 2026.

WHEREFORE, The People's Credit Union requests that the Motion be denied as moot as it relates to Creditor and for any other relief the Court deems just and proper.

Respectfully submitted,
The People's Credit Union,
By its Attorney

/s/ Joseph Dolben
Joseph Dolben
RI Bar Number 7916
Harmon Law Offices, P.C.
PO Box 610389

                                  Newton Highlands, MA 02461
                                  (617)558-0500
                                  ribk@harmonlaw.com

Dated: January 9, 2026

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND (PROVIDENCE)

| | |
|---|---|
| IN RE:<br><br>Damon Frank Gagnon,<br>Debtor | Case No. 26-10002-JAD<br>Chapter 13 |

## CERTIFICATE OF SERVICE

      I, Joseph Dolben, state that on January 9, 2026, I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Rhode Island on behalf of The People's Credit Union using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

Charles A. Pisaturo Jr.
Sandra Nicholls

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Damon Gagnon
431 Chestnut St
Bristol, RI 02809

Damon Gagnon
PO BOX 1001
Bristol, RI 02809-0902

                                                Respectfully submitted,
                                                The People's Credit Union,
                                                By its Attorney

                                                /s/ Joseph Dolben
                                                Joseph Dolben
                                                RI Bar Number 7916
                                                Harmon Law Offices, P.C.
                                                PO Box 610389
                                                Newton Highlands, MA 02461
                                                (617)558-0500
                                                ribk@harmonlaw.com

Dated: January 9, 2026